1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,

Plaintiffs,

v.

INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 1; and DOES 1-10,

Defendants.

No.  2:22-cv-1506

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

## I.     INTRODUCTION

1.      This case involves Defendants' unlawful and expressly prohibited sale in the Amazon.com store (the "Amazon Store") of counterfeit Felco-branded pruning shears, which infringe on Flisch Holding SA's ("Flisch Holding") various Felco trademarks and which violate the intellectual property ("IP") rights of Felco SA ("Felco"), the manufacturer of genuine Felco-branded products, and its U.S. distributor, Pygar USA, Inc. ("Pygar").[1] Amazon.com, Inc., and Amazon.com Services LLC (collectively, "Amazon"), and the Felco Plaintiffs (collectively with

---

[1] Felco, Flisch Holding, and Pygar are collectively referred to as the "Felco Plaintiffs."

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and the Felco Plaintiffs' customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

2.      Amazon owns and operates the Amazon Store and equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2021 alone, Amazon invested over $900 million and employed more than 12,000 people to protect its stores from fraud and abuse. Amazon stopped over 2.5 million suspected bad actor selling accounts before they published a single listing for sale.

3.      Founded in 1945 by Felix Flisch, Felco is a Swiss corporation that manufactures, distributes, and sells professional gardening tools, including pruning shears, under the Felco brand name. Felco-branded pruning shears are known and trusted by professional gardeners and horticulturalists for their high quality, ergonomics, interchangeability of parts, and long-lasting durability. The Felco brand name has gradually established itself among professionals and everyday users as an industry leader for pruning shears and related products, thanks to the exceptional quality of the products and the company's continuous improvements to them. Felco-branded cutting tools come with a limited lifetime warranty, and have been sold and distributed in the United States for over 60 years.

4.      Felco-branded products are distributed in the United States by Pygar, a Felco subsidiary. Pygar sells Felco-branded products through wholesalers, distributors, and retailers, and also direct to consumers on the website, Felco.com.

5.      Felco is an affiliate of the Flisch Group, a family-owned consortium of companies. Flisch Holding is the owner of the Felco trademark, which is registered in a large

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

number of countries, including the United States, for hand-operated tools and cutting implements. Flisch Holding manages, enforces, licenses, and maintains IP, including various Felco trademarks used by the Felco Plaintiffs in connection with Felco-branded products sold in the United States. Relevant to this Complaint, Flisch Holding owns the following trademarks registered in the United States ("Felco Trademarks").

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| FELCO | 3,418,508 (IC 7; IC 8) |
| FELCO | 1,324,104 (IC 8) |
| FELCO | 3,418,509 (IC 7; IC 8) |

True and correct copies of the registration certificates for the Felco Trademarks are attached as **Exhibit A**.

6.      Defendants advertised, marketed, offered, and sold counterfeit Felco-branded products in the Amazon Store, using the Felco Trademarks, without authorization, to deceive customers about the authenticity and origin of the products and the products' affiliation with the Felco Plaintiffs. In addition, Defendants submitted to Amazon false invoices in an effort to claim their products were genuine and to avoid detection of their counterfeit scheme.

7.      As a result of their illegal actions, Defendants have infringed and misused Flisch Holding's IP; willfully deceived and harmed Amazon, the Felco Plaintiffs, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and the Felco Plaintiffs. Defendants' illegal actions have caused Amazon and the

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Felco Plaintiffs to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, the Felco Plaintiffs, and their customers.

## II.    PARTIES

8.    Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington.

9.    Felco SA is a Swiss corporation with its principal place of business in Les Geneveys-sur-Coffrane, Neuchâtel, Switzerland.

10.    Flisch Holding SA is a Swiss corporation with its principal place of business in Les Geneveys-sur-Coffrane, Neuchâtel, Switzerland.

11.    Pygar USA, Inc. is a Washington corporation with its principal place of business in Seattle, Washington.

12.    Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants are the individuals or entities who operated, controlled, and/or were responsible for the selling accounts identified in **Schedule 1** hereto ("Defendants' Selling Accounts" or "Selling Accounts"). Defendants personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct. On information and belief, in many cases, Defendants took intentional and affirmative steps to hide their true identities and whereabouts from Amazon and the Felco Plaintiffs by using fake names and/or contact information, and unregistered businesses to conduct their activities. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

13.     On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, and sell counterfeit Felco-branded products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

### III.     JURISDICTION AND VENUE

14.     The Court has subject matter jurisdiction over Flisch Holding's Lanham Act claims for trademark infringement, and Amazon's and the Felco Plaintiffs' Lanham Act claims for false designation of origin and false advertising pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's and the Felco Plaintiffs' claims for violation of the Washington Consumer Protection Act pursuant to 28 U.S.C. §§ 1332 and 1367.

15.     The Court has personal jurisdiction over all Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and the Felco Plaintiffs' claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the Felco Trademarks and which otherwise infringed Flisch Holding's IP. Additionally, certain Defendants in **Schedule 1** shipped products bearing counterfeit versions of the Felco Trademarks to consumers in Washington. Each of the Defendants committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and the Felco Plaintiffs substantial injury in Washington.

16.     Further, the named Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights in the Amazon Store are the state or federal courts located in King County, Washington.

17.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 5

1   Washington. Venue is also proper in this Court because Defendants consented to it under the

2   BSA.

3        18.    Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division

4   is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving

5   rise to suit occurred, and (c) Defendants directed their unlawful conduct.

6   **IV.    FACTS**

7   **A.    Amazon's Efforts to Prevent the Sale of Counterfeit Goods**

8        19.    Amazon works hard to build and protect the reputation of its stores as a place

9   where customers can conveniently select from a wide array of authentic goods and services at

10  competitive prices. Amazon invests vast resources to ensure that when customers make

11  purchases in Amazon's stores—either directly from Amazon or from one of its millions of third-

12  party sellers—customers receive authentic products made by the true manufacturer of those

13  products.

14       20.    A small number of bad actors seek to take advantage of the trust customers place

15  in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, and sell

16  counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of

17  the true manufacturers of those products to deceive Amazon and its customers. This unlawful

18  and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers

19  place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable

20  harm to Amazon.

21       21.    Amazon prohibits the sale of inauthentic and fraudulent products and is constantly

22  innovating on behalf of customers and working with brands, manufacturers, rights owners, and

23  others to improve the detection and prevention of counterfeit products from ever being offered to

24  customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research

25  scientists, program managers, and investigators to prevent counterfeits from being offered in

26  Amazon's stores. Amazon's systems automatically and continuously scan thousands of data

27  points to detect and remove counterfeits from its stores and to terminate the selling accounts of

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls.

22.     In 2017, Amazon launched the Amazon Brand Registry, a free service to any rights owner with a government-registered trademark, regardless of the brand's relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for and accurately report potentially infringing products using state-of-the-art image search technology. More than 700,000 brands are enrolled in Brand Registry and those brands are finding and reporting 99% fewer suspected infringements since joining Brand Registry.

23.     In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. In 2021, over 23,000 brands were using Transparency, enabling the protection of more than 750 million product units.

24.     In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Amazon's Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. In 2021, there were more than 20,000 brands enrolled in Project Zero. For every listing removed by a brand, Amazon's automated protections removed more than 1,000 listings through scaled technology and machine learning, stopping those listings from appearing in Amazon's stores.

25.     Amazon also uses industry-leading technology to analyze hundreds of unique data points and robust processes to verify information provided by potential sellers, and its ongoing

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

efforts have been successful. Amazon has robust seller verification processes. In 2021, Amazon prevented over 2.5 million attempts to create new selling accounts, stopping bad actors before they published a single product for sale. Amazon is also constantly innovating on these tools and systems. For example, Amazon is implementing one-on-one interviews with prospective sellers through video chat or in person at an Amazon office to verify sellers' identities and government-issued documentation. Moreover, Amazon also is verifying new and existing sellers' addresses by sending information, including a unique code, to the sellers' addresses. These measures have made it more difficult for bad actors to hide.

26.     Once a seller begins selling in Amazon's stores, Amazon continues to monitor the selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling account, withholds funds disbursement, and investigates whether other accounts are involved in unlawful activities.

27.     In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, are integral components of Amazon's efforts to combat counterfeits.

### B.     The Felco Plaintiffs and Their Anti-Counterfeiting Efforts

28.     The Felco Plaintiffs go to great lengths to protect consumers from counterfeits of their products. They utilize both internal and external resources to combat counterfeit and infringing products. This includes trained internal staff who consistently monitor retail sites around the world for IP infringements and counterfeit sellers. The Felco Plaintiffs also work with a third-party brand protection service vendor on the detection and removal of product listings that violate Flisch Holding's IP rights. The Felco Plaintiffs have built a website, "realfelco.com," that helps customers to verify the authenticity of Felco-branded products.

29.     Felco is currently enrolled in Amazon Brand Registry and Project Zero.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**C.    Defendants Created Amazon Selling Accounts and Agreed Not to Sell
Counterfeit Goods**

30.    Defendants controlled and operated the Amazon Selling Accounts detailed in
**Schedule 1** through which they sought to advertise, market, sell, and distribute counterfeit Felco-
branded products. In connection with these Selling Accounts, Defendants provided names, email
addresses, and banking information for each account. On information and belief, certain
Defendants took active steps to mislead Amazon and conceal their true locations and identities
by providing false information.

31.    To become a third-party seller in the Amazon Store, sellers are required to agree
to the BSA, which governs the applicant's access to and use of Amazon's services and states
Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents
and warrants that it "will comply with all applicable Laws in [the] performance of its obligations
and exercise of its rights" under the BSA. A true and correct copy of the applicable version of
the BSA, namely, the version Defendants last agreed to when using Amazon's services, is
attached as **Exhibit B**.

32.    Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit
goods as "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies, reserving
the right to withhold payments and terminate the account of any seller who engages in such
conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold harmless
Amazon against any claims or losses arising from the seller's "actual or alleged infringement of
any Intellectual Property Rights." *Id.* ¶ 6.1.

33.    Additionally, the BSA incorporates, and sellers therefore agree to be bound by,
Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**.
The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon
Store:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products
that have been illegally replicated, reproduced, or manufactured[.]

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centers, and other legal consequences.

*Id.*

34.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store together with the consequences of doing so:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o   Bootlegs, fakes, or pirated copies of products or content

  o   Products that have been illegally replicated, reproduced, or manufactured

  o   Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

  o   Remove suspect listings.

  o   Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

1         product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders.

2         You may view counterfeit complaints on the Account Health page in Seller Central.

3   *Id.*

4       35.    When they registered as third-party sellers in the Amazon Store and established

5 their Selling Accounts, Defendants agreed not to advertise, market, offer, sell, or distribute

6 counterfeit products.

7      **D.**    **Defendants' Sale of Counterfeit Felco-Branded Products**

8       36.    On information and belief, Defendants operated in concert with one another in

9 their advertising, marketing, offering for sale, selling, and distribution of inauthentic Felco-

10 branded products. Defendants are associated through common physical addresses, shipping

11 addresses, phone numbers, and email addresses provided to Amazon, and/or Internet Protocol

12 addresses used to access their Amazon Selling Accounts. Counterfeit Felco-branded products

13 shipped to Amazon for sale and/or sold by Defendants are identified and described in **Schedule**

14 **1.**

15       37.    As further detailed in **Schedule 1**, the Felco Plaintiffs have reviewed the available

16 physical samples and/or images of the Felco-branded products shipped to Amazon for sale

17 and/or sold by Defendants' Amazon Selling Accounts and confirmed that the products are

18 inauthentic and bear counterfeit Felco Trademarks, and that the Felco Plaintiffs have never

19 authorized the manufacture of such products. For the Defendants where physical samples and/or

20 images of their products were not available, the evidence detailed in **Schedule 1** demonstrates

21 that they sold counterfeit Felco-branded products in the Amazon Store as part of the same ring as

22 Defendants with confirmed counterfeit sales.

23      **E.**    **Defendants Submitted Falsified Documents to Amazon**

24       38.    In addition to the products Felco confirmed are counterfeit as further detailed in

25 **Schedule 1**, 15 of the 39 Defendants submitted falsified invoices to Amazon purporting to show

26 that their counterfeit products came from a supplier of authentic products. The majority of these

27 falsified invoices purported to be from one of three suppliers that are actual customers of Felco-

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

branded products, and yet all had a nearly identical (falsified) format, further reinforcing the connection between Defendants. Other falsified invoices were from non-existent companies or manufacturers.

**F.      Amazon and the Felco Plaintiffs Shut Down Defendants' Accounts**

39.    By selling counterfeit Felco-branded products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by the Felco Plaintiffs. Defendants also knowingly and willfully used Flisch Holding's IP in connection with the advertisement, marketing, distribution, offering for sale, and sale of counterfeit Felco-branded products.

40.    At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store. Defendants have deceived Amazon's customers and Amazon, infringed and misused the IP rights of Flisch Holding, harmed the integrity of and customer trust in the Amazon Store, and tarnished Amazon's and the Felco Plaintiffs' brands.

41.    Amazon, after receiving notice from the Felco Plaintiffs, verified Defendants' unlawful sale of counterfeit Felco-branded products and blocked Defendants' Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect customers and the reputations of Amazon and the Felco Plaintiffs.

## V.      CLAIMS

### FIRST CLAIM
*(by Flisch Holding against all Defendants)*
**Trademark Infringement – 15 U.S.C. § 1114**

42.    Plaintiff Flisch Holding incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

43.    Defendants' activities constitute infringement of the Felco Trademarks as described in the paragraphs above.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

44.     Flisch Holding, through Felco and Pygar, advertises, markets, offers, and sells its products using the Felco Trademarks described above and uses those trademarks to distinguish its products from the products and related items of others in the same or related fields.

45.     Because of Flisch Holding's long, continuous, and exclusive use of the Felco Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers and the public to signify, products from the Felco Plaintiffs.

46.     Defendants unlawfully advertised, marketed, offered, and sold products bearing counterfeit versions of the Felco Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by the Felco Plaintiffs, and likely caused such erroneous customer beliefs.

47.     As a result of Defendants' wrongful conduct, Flisch Holding is entitled to recover its actual damages, Defendants' profits attributable to the infringement, and treble damages and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Flisch Holding is entitled to statutory damages under 15 U.S.C. § 1117(c).

48.     Flisch Holding is further entitled to injunctive relief, including an order impounding all infringing products and promotional materials in Defendants' possession. Flisch Holding has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Felco Trademarks are unique and valuable properties that have no readily determinable market value; (b) Defendants' infringement constitutes harm to Flisch Holding's reputation and goodwill such that Flisch Holding could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the infringing materials; and (d) Defendants' wrongful conduct, and the resulting harm to Flisch Holding, is likely to be continuing.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## SECOND CLAIM
### *(by the Felco Plaintiffs against all Defendants)*
### False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)

49.     The Felco Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

50.     Flisch Holding owns the Felco Trademarks and licenses that mark to Felco who designs, manufactures, distributes, advertises, markets, offers, and sells its products using the trademarks described above and uses those trademarks to distinguish its products from the products and related items of others in the same or related fields. Felco distributes its products in the United States through Pygar, who sells Felco-branded products to retail sellers, wholesalers, and direct to consumers.

51.     Because of the Felco Plaintiffs' long, continuous, and exclusive use of the Felco Trademarks, they have come to mean, and are understood by customers, end users, and the public, to signify products from the Felco Plaintiffs.

52.     Defendants' wrongful conduct includes the infringement of the Felco Trademarks in connection with Defendants' commercial advertising or promotion, and offering for sale and sale of counterfeit Felco-branded products in interstate commerce.

53.     In advertising, marketing, offering, and selling products bearing counterfeit versions of the Felco Trademarks, Defendants have used, and on information and belief, continue to use, the trademarks referenced above to compete unfairly with the Felco Plaintiffs and to deceive customers. Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, or sold in connection with the Felco Trademarks and wrongfully trades upon the Felco Plaintiffs' goodwill and business reputation.

54.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by the Felco Plaintiffs, all in violation of 15 U.S.C. § 1125(a)(1)(A).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14

55.     Defendants' conduct also constitutes willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

56.     The Felco Plaintiffs are entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors, and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below. The injury to the Felco Plaintiffs is irreparable, and on information and belief, is continuing. An award of monetary damages cannot fully compensate the Felco Plaintiffs for their injuries, and the Felco Plaintiffs lack an adequate remedy at law.

57.     The Felco Plaintiffs are further entitled to recover Defendants' profits, damages for their losses, and their costs to investigate and remediate Defendants' conduct and bring this action, including its attorneys' fees, in an amount to be determined. The Felco Plaintiffs are also entitled to the trebling of any damages award as allowed by law.

### THIRD CLAIM
### *(by Amazon against all Defendants)*
### False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)

58.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

59.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

60.     Specifically, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

61. In advertising, marketing, offering, and selling counterfeit Felco-branded products in the Amazon Store, Defendants made false and misleading statements of fact about the origin, sponsorship, or approval of those products in violation of 15 U.S.C. § 1125(a)(1)(A).

62. Defendants' acts also constitute willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

63. As described above, Defendants, through their illegal acts, have willfully deceived Amazon and its customers, jeopardized the trust that customers place in the Amazon Store, tarnished Amazon's brand and reputation, and harmed Amazon and its customers. Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish seller accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

64. Amazon is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with its attorneys' fees and costs in bringing this lawsuit.

### FOURTH CLAIM
*(by the Felco Plaintiffs and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

65. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

66. Defendants' advertising, marketing, offering, distribution, and sale of counterfeit Felco-branded products constitute an unfair method of competition and unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 16

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

67.     Defendants' advertising, marketing, offering, distribution, and sale of counterfeit Felco-branded products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

68.     Defendants' advertising, marketing, offering, distribution, and sale of counterfeit Felco-branded products directly and proximately cause harm to and tarnish Plaintiffs' reputations and brands, and damage their business and property interests and rights.

69.     Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. The Felco Plaintiffs further seek to recover from Defendants their actual damages, trebled.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court issue an order permanently enjoining Defendants, their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with them, from:

      (i)     selling products in Amazon's stores;

      (ii)     selling products to Amazon or any affiliate;

      (iii)     opening or attempting to open any Amazon selling accounts;

      (iv)     manufacturing, distributing, offering to sell, or selling any product using the Felco brand name or trademarks, or which otherwise infringes Flisch Holding's IP, on any platform or in any medium;

      (v)     assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (i) through (iv) above;

B.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

C.      That the Court enter an order pursuant to 15 U.S.C. § 1116 impounding and permitting destruction of all counterfeit and infringing products bearing the Felco Trademarks or that otherwise infringe Flisch Holding's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

D.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

E.      That Defendants be required to pay all general, special, and actual damages which the Felco Plaintiffs have sustained, or will sustain as a consequence of Defendants' unlawful acts, together with Flisch Holding's statutory damages, and that the Felco Plaintiffs' damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117(b), RCW 19.86.020, or otherwise allowed by law;

F.      That Defendants be ordered to pay the maximum amount of prejudgment interest authorized by law;

G.      That Defendants be required to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

H.      That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

I.      That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1     DATED this 24th day of October, 2022.

2                               DAVIS WRIGHT TREMAINE LLP

3                                *Attorneys for Plaintiffs*

4                                By *s/ Scott R. Commerson*

5                                Scott R. Commerson, WSBA #58085
                               865 South Figueroa Street, Suite 2400

6                                Los Angeles, CA 90017-2566
                               Tel: (213) 633-6800

7                                Fax: (213) 633-6899
                               Email: scottcommerson@dwt.com

8                                *s/ Lauren Rainwater*

9                                Lauren Rainwater, WSBA #43625
                               920 Fifth Avenue, Suite 3300

10                              Seattle, WA 98104-1604
                             Tel: (206) 622-3150

11                              Fax: (206) 757-7700
                             Email: laurenrainwater@dwt.com

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## SCHEDULE 1

**DEFENDANT 1:**

Seller Account Name: BESTAUTO PPV
Dates of Known Sales of Infringing Products: January 3, 2019 – January 14, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN[1]: B00023RYS6P | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 2:**

Seller Account Name: Bonnies
Dates of Known Sales of Infringing Products: December 26, 2018 – January 3, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and brand markings. |

---

[1] ASIN is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale on Amazon's stores for identification purposes.

**DEFENDANT 3:**

Seller Account Name: Camelian*
Dates of Known Sales of Infringing Products: February 5, 2019 – June 6, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and determined that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 4:**

Seller Account Name: Canivatio Deciga
Dates of Known Sales of Infringing Products: November 7, 2018 – November 19, 2018

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 31, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and determined that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 5:**

Seller Account Name: Cenkom Galazy
Dates of Known Sales of Infringing Products: February 20, 2019 – March 5, 2019

---

* The Selling Accounts with an asterisk (*) next to their name submitted to Amazon invoices in similar formats, purporting to show suppliers of genuine product. The Felco Plaintiffs have confirmed that these invoices were falsified.

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and determined that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 6:**

Seller Account Name: Chaussebackin*
Dates of Known Sales of Infringing Products: February 23, 2021 – February 26, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 29, 2022, Amazon sent the Felco Plaintiffs an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs inspected the example product and confirmed that it was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 7:**

Seller Account Name: DAESJC GROUP
Dates of Known Sales of Infringing Products: December 10, 2018 – December 23, 2018

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 8:**

Seller Account Name: Desellmid*
Dates of Known Sales of Infringing Products: March 14, 2021 – March 15, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 9:**

Seller Account Name: Duvsovir
Dates of Known Sales of Infringing Products: Account blocked before ASIN sold

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product Defendant shipped to Amazon for sale to customers.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and brand markings. |

**DEFENDANT 10:**

Seller Account Name: Heccarimer
Dates of Known Sales of Infringing Products: February 20, 2019 – March 1, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant. |

|  | • The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |
|---|---|

**DEFENDANT 11:**

Seller Account Name: Herritage Bali
Dates of Known Sales of Infringing Products: November 23, 2018 – December 7, 2018

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 31, 2022, Amazon sent the Felco Plaintiffs an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs inspected the example product and confirmed that it was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 12:**

Seller Account Name: HlafotStore*
Dates of Known Sales of Infringing Products: January 26, 2021 – February 2, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 13:**

Seller Account Name: Kemmate Casacen
Dates of Known Sales of Infringing Products: January 26, 2019 – February 4, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 14:**

Seller Account Name: Kennen Cokaraco
Dates of Known Sales of Infringing Products: January 19, 2019 – January 21, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 15:**

Seller Account Name: KingBShop
Dates of Known Sales of Infringing Products: Account blocked before ASINs sold

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO Ergonomic Hand Pruner with 1-inch Cutting Capacity, 8.25in - 100052387<br><br>ASIN: B00023RYT0<br><br>FELCO Pruning Shears (F-7) – High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYYE | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of each of these products Defendant shipped to Amazon for sale to customers.<br><br>• The Felco Plaintiffs reviewed the images of the products and confirmed that the items were counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 16:**

Seller Account Name: Lacoda Bancos
Dates of Known Sales of Infringing Products: December 13, 2018 – December 23, 2018

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 17:**

Seller Account Name: Loycialbarcerager
Dates of Known Sales of Infringing Products: September 20, 2018 – October 2, 2018

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product. |

**DEFENDANT 18:**

Seller Account Name: MiniP
Dates of Known Sales of Infringing Products: December 19, 2018 – January 1, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the |

|  | Felco Plaintiffs' authentic product and packaging. |
|---|---|

**DEFENDANT 19:**

Seller Account Name: nurykulesot*
Dates of Known Sales of Infringing Products: March 9, 2021 – March 15, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product. |

**DEFENDANT 20:**

Seller Account Name: ProdvoStore*
Dates of Known Sales of Infringing Products: January 27, 2021 – February 7, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 21:**

Seller Account Name: Rotillbert*
Dates of Known Sales of Infringing Products: March 9, 2021 – March 13, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant. |

| ASIN: B00023RYS6 | • The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |
|---|---|

**DEFENDANT 22:**

Seller Account Name: SaczhamaStore*
Dates of Known Sales of Infringing Products: February 10, 2021 – February 21, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 23:**

Seller Account Name: SANTIAGO ALCONERO RUIZ*
Dates of Known Sales of Infringing Products: July 29, 2020 – August 6, 2020

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 29, 2022, Amazon sent the Felco Plaintiffs an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs inspected the example product and confirmed that it was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 24:**

Seller Account Name: SloniecDanutaShop*
Dates of Known Sales of Infringing Products: January 15, 2021 – January 21, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 25:**

Seller Account Name: SPUP ULL
Dates of Known Sales of Infringing Products: December 19, 2018 – January 14, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 26:**

Seller Account Name: THIBAULT ST*
Dates of Known Sales of Infringing Products: August 9, 2021 – August 17, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Classic Manual Hand Pruner Similar Felco F2 Shape, Best Garden Shears<br><br>ASIN: B08HVPSGS2 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 27:**

Seller Account Name: Titcustorm
Dates of Known Sales of Infringing Products: February 9, 2019 – February 20, 2019

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-6 100052385 High Performance Swiss Made One-Hand Garden Pruners<br><br>ASIN: B0001IOYX0 | • On or about March 25, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product and packaging. |

**DEFENDANT 28:**

Seller Account Name: VICTORINO OLIVEIRA SOLIS12*
Date of Known Sales of Infringing Products: December 8, 2020 – December 9, 2020

| Purported Product | Confirmation of Counterfeit |
|---|---|
| FELCO F-2 068780 Classic Manual Hand Pruner<br><br>ASIN: B00023RYS6 | • On or about May 17, 2022, Amazon sent images to the Felco Plaintiffs of an example of the product sold by Defendant.<br><br>• The Felco Plaintiffs reviewed the images of the product and confirmed that the item was counterfeit based on deviations from the Felco Plaintiffs' authentic product. |

**DEFENDANTS 29-39 ("The Connected Defendants")**

Physical inventory, inventory images, and/or test purchases were not available for the remaining defendants, but the following evidence shows that the below-listed Selling Accounts (the "Connected Defendants") sold counterfeit FELCO-branded products in the Amazon Store as part of the same ring. First, the Connected Defendants are linked to the Defendants with confirmed counterfeit sales through: (1) the use of identical IP addresses, (2) the use of an identical physical addresses, and/or phone numbers, and (3) the sale of the same FELCO-brand products at similar price points as those products which have been confirmed to be counterfeit. Second, as noted below (*), certain of the Connected Defendants submitted the similarly formatted falsified invoices to Amazon as certain Defendants for whom counterfeit samples have been confirmed.

11

Seller Account Name: Cenxalist Cevana
Seller Account Name: Fabacor Alsukeo
Seller Account Name: HlaIvShop*
Seller Account Name: JUN PVP
Seller Account Name: LASCHICOR
Seller Account Name: LeparleoHoutonpacia
Seller Account Name: Lexiaca Barragain
Seller Account Name: LOK HIN LAM 123*
Seller Account Name: Pampara Raizy
Seller Account Name: Sircia Lubaza
Seller Account Name: SvenztonStore*