UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 1; and DOES 1-10,<br><br>      Defendants. | CASE NO. 2:22-cv-1506-JHC<br><br>ORDER |

On February 2, 2023, the Court issued an order to show cause why it should not dismiss this action based on Plaintiffs' apparent failure to serve Defendants with a summons and a copy of Plaintiffs' complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m). Dkt. # 6. In their response, Plaintiffs say they believe that "all Defendants are located abroad, and [that] Rule 4(m)'s 90-day deadline for service does not apply to service on foreign defendants." Dkt. # 7 at 1. Plaintiffs have adequately addressed the Court's concerns. Plaintiffs

ORDER - 1

seek permission to submit a status report in 120 days so they may: (1) "move for permission to take expedited discovery from third-party service providers"; (2) "obtain third-party discovery"; (3) "amend the pleadings based on the third-party discovery"; and (4) "move for alternative service." *Id.* at 2.

      Accordingly, the Court DISCHARGES its order to show cause. For good cause shown, Plaintiffs' request to submit a status report in 120 days, by June 13, 2023, is GRANTED. If Plaintiffs cannot comply with that deadline, however, they must SHOW CAUSE by the same date why this action should not be dismissed based on Plaintiffs' failure to complete service in accordance with Federal Rule of Civil Procedure 4.

      Dated this 13th day of February, 2023.

*[signature]*

John H. Chun
United States District Judge

ORDER - 2