UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 1; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-1506-JHC<br><br>ORDER OF REFERRAL |

The Court issues this order sua sponte and in response to *In re Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

ORDER OF REFERRAL - 1

1  Dated this 10th day of March, 2023.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER OF REFERRAL - 2