UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 1; and DOES 1-10,<br><br>                Defendants. | CASE NO. 2:22-cv-01506-JHC-BAT<br><br>**ORDER SETTING STATUS UPDATE** |

Based on Plaintiffs' status report (Dkt. 16) and for good cause shown, it is **ORDERED**: Plaintiffs shall have until **September 19, 2023** to provide the Court with a status update, during which time, Plaintiffs shall serve the third-party subpoenas, receive and complete review of third-party productions, amend the operative complaint to name individuals or entities identified in such productions, and/or move for alternative service.

DATED this 13th day of June, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING STATUS UPDATE - 1