The Honorable Judge John H. Chun
The Honorable Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01506-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Felco SA, Flisch Holding SA, and Pygar USA, Inc. have filed an *Ex Parte* Supplemental Motion for Expedited Discovery. Dkt. 21. Plaintiffs ask the Court to authorize the issuance of a deposition subpoena to Ms. Binh Thach, an individual residing at an address connected with Defendants' Selling Accounts. *Id.*

The Court previously granted Plaintiffs leave to serve third-party subpoenas to determine the location and identities of Defendants and others involved in a counterfeiting scheme, so that

service of the complaint and summons may be effected. Dkt. 15. Therefore, the Court **GRANTS** Plaintiffs' motion to serve a supplemental subpoena to take the deposition of Ms. Binh Thach limited to this purpose.

SO ORDERED this 7th day of November, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Lauren B. Rainwater
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE* SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY
(2:22-cv-01506-JHC-BAT) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax