The Honorable Judge John H. Chun
The Honorable Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>                         Plaintiffs,<br><br>        v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; and DOES 1-10,<br><br>                         Defendants. | No. 2:22-cv-01506-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND DEADLINES** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Felco SA, Flisch Holding SA, and Pygar USA, Inc.'s (collectively, "Plaintiffs") Motion to Extend Deadlines (the "Motion"). The Court has considered Plaintiffs' Motion, supporting declaration, and the governing law. Accordingly, it is ORDERED:

[PROPOSED] ORDER GRANTING PLAINTIFFS'*EX PARTE*
MOTION TO EXTEND DEADLINES
(2:22-cv-01506-JHC-BAT) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Motion is **GRANTED**. The Court extends the deadline, set forth in its September 19, 2023 Order, for Plaintiff to complete expedited discovery and either serve all named Defendants or file a motion seeking alternative service, **to April 17, 2024.**

SO ORDERED this 11th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Lauren B. Rainwater
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO EXTEND DEADLINES
(2:22-cv-01506-JHC-BAT) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax