The Honorable Judge John H. Chun
The Honorable Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01506-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND DEADLINES** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Felco SA, Flisch Holding SA, and Pygar USA, Inc.'s (collectively, "Plaintiffs") Motion to Extend Deadlines (the "Motion"). The Court has considered Plaintiffs' Motion, supporting declaration, and the governing law. Accordingly, it is ORDERED:

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO EXTEND DEADLINES
(2:22-cv-01506-JHC-BAT) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Motion is **GRANTED**. The Court extends the deadline, set forth in its December 11, 2023 Order, for Plaintiff to complete expedited discovery and either serve all named Defendants or file a motion seeking alternative service, **to July 16, 2024**.

SO ORDERED this 15th day of April, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO EXTEND DEADLINES
(2:22-cv-01506-JHC-BAT) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax