The Honorable John H. Chun
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01506-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Leave to File Second Amended Complaint (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services, LLC, Felco SA, Flisch Holding SA, and Pygar USA Inc. (collectively, "Plaintiffs"). Having considered Plaintiffs' Motion and finding good cause, it is hereby

**ORDERED**:

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 1
(2:22-cv-01506-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Motion is **GRANTED**. Plaintiffs are directed to file with the Court Plaintiffs' Second Amended Complaint for Damages and Equitable Relief, in the form attached as Exhibit B to the Declaration of Lauren B. Rainwater submitted with Plaintiffs' Motion.

SO ORDERED this 17th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

s/ *Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 2
(2:22-cv-01506-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax