UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 1; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:22-cv-01506-JHC-BAT<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE SERVICE AND/OR MOVE FOR ALTERNATIVE SERVICE** |

Based on Plaintiffs' status report (Dkt. 36) and for good cause shown, it is **ORDERED**: Plaintiffs shall have until **September 20, 2024** to complete service or file a motion for alternative service.

DATED this 17th day of July, 2024.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge