The Honorable John H. Chun
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; and DOES 1-10,<br><br>  Defendants. | No. 2:22-cv-01506-JHC-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION TO FILE OVER-LENGTH** ***EX PARTE*** **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Felco SA, Flisch Holding SA, and Pygar USA Inc. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-01506-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 4,000 words.

SO ORDERED this 16th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-01506-JHC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax