The Honorable John H. Chun
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; FELCO
SA, a Swiss corporation; FLISCH HOLDING
SA, a Swiss corporation; and PYGAR USA,
INC., a Washington corporation,

Plaintiffs,

v.

THI TUYEN NGUYEN, an individual; PHAM
DUC LONG, an individual; HIEN NGUYEN
TRONG, an individual; NGO VAN QUYET, an
individual; VU VIET BAO, an individual;
MANH VU VAN, an individual; VAN HOANG
TUONG, an individual; THO PHAM HIEU, an
individual; TAI NGO, an individual; AI GAI
VU, an individual; DO QUANG DAT, an
individual; POLINA VOLKOVA, an individual;
MINH DUC PHAM, an individual; and PHAT
HUA TAN, an individuals,

Defendants.

No. 2:22-cv-01506-JHC-BAT

**ORDER GRANTING PLAINTIFFS'**
***EX PARTE* MOTION FOR
ALTERNATIVE SERVICE**

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative

Service ("Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Felco

SA, Flisch Holding SA, and Pygar USA, Inc. (collectively, "Plaintiffs"). Dkt. 44. The Court

having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

     1.    Plaintiffs' Motion (Dkt. 44) is **GRANTED**.

     2.    Plaintiffs are authorized to serve the following Defendants via the email addresses

listed below:

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 1
(No. 2:22-cv-01506-JHC-BAT )

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   • Defendant Long—phamlongxdvn81@gmail.com;

2   • Defendant Trong—huyen06052020@gmail.com;

3   • Defendant Dat—datcapos@gmail.com;

4   • Defendant Pham—minhductb0990@gmail.com; and

5   • Defendant Tan—huatanphat1957@gmail.com.

6

7   SO ORDERED this 17th day of September, 2024.

8

9   BRIAN A. TSUCHIDA
    United States Magistrate Judge

10

11  Presented by:

12  DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*

13

14  *s/ Scott Commerson*
    Scott Commerson, WSBA #58085
15  865 South Figueroa Street, Suite 2400
    Los Angeles, CA 90017-2566
16  Tel: (213) 633-6800
    Fax: (213) 633-6899
17  Email: scottcommerson@dwt.com

18  *s/ Lauren Rainwater*
    Lauren Rainwater, WSBA #43625
19  920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1604
20  Tel: (206) 622-3150
    Fax: (206) 757-7700
21  Email: laurenrainwater@dwt.com

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(No. 2:22-cv-01506-JHC-BAT )