UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; MINH DUC PHAM, an individual; and PHAT HUA TAN, an individuals,<br><br>Defendants. | No. 2:22-cv-01506-JHC<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS DO QUANG DAT, HIEN NGUYEN TRONG, PHAM DUC LONG, MINH DUC PHAM, AND PHAT HUA TAN |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Do Quang Dat, Hien Nguyen Trong, Pham Duc Long, Minh Duc Pham, and Phat Hua Tan brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Felco SA, Flisch Holding SA, and Pygar USA, Inc. (collectively, "Plaintiffs") (the "Motion"), Dkt. # 51, pursuant to Local Civil Rule

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-01506-JHC)

7(f).  The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 8,700 words.

    SO ORDERED this 14th day of March, 2025.

*[signature]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE