# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; FELCO SA, a Swiss corporation; FLISCH HOLDING SA, a Swiss corporation; and PYGAR USA, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>THI TUYEN NGUYEN, an individual; PHAM DUC LONG, an individual; HIEN NGUYEN TRONG, an individual; NGO VAN QUYET, an individual; VU VIET BAO, an individual; MANH VU VAN, an individual; VAN HOANG TUONG, an individual; THO PHAM HIEU, an individual; TAI NGO, an individual; AI GAI VU, an individual; DO QUANG DAT, an individual; POLINA VOLKOVA, an individual; MINH DUC PHAM, an individual; and PHAT HUA TAN, an individuals,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-01506-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

/

/

THE COURT HAS ORDERED THAT

    1.    Plaintiffs' Motion, Dkt. # 53, is GRANTED and JUDGMENT is entered against all Defendants on Flisch Holding's cause of action for Trademark Counterfeiting and Trademark Infringement (15 U.S.C. § 1114), Plaintiffs' causes of action for False Designation of Origin (15 U.S.C. § 1125(a)), and Plaintiffs' cause of action for Violation of the Washington Consumer Protection Act (RCW 19.86.010, *et seq*).

    2.    The Court awards Flisch Holding statutory damages in the amount of $954,714 based on Defendants' willful violations of the Lanham Act, as follows:

        a. An award of $241,308 against Defendant Hien Nguyen Trong.

        b. An award of $637,713 against Defendants Hien Nguyen Trong, Minh Duc Pham, and Phat Hua Tan, jointly and severally.

        c. An award of $2,394 against Defendants Hien Nguyen Trong, Pham Duc Long, Minh Duc Pham, and Phat Hua Tan, jointly and severally.

        d. An award of $55,164 against Defendants Hien Nguyen Trong and Minh Duc Pham, jointly and severally.

        e. An award of $18,135 against Defendants Do Quang Dat and Minh Duc Pham, jointly and severally.

    3.    Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

        a. selling counterfeit or infringing products in Amazon's stores;

        b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

    c. importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Felco Plaintiffs' brand or Flisch Holding's trademarks, or which otherwise infringes the Felco Plaintiffs' intellectual property, in any store or in any medium; and

    d. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

Dated March 18, 2025.

                                              Ravi Subramanian
                                              Clerk of Court

                                              */s/Ashleigh Drecktrah*
                                              Deputy Clerk